```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

GEORGE GRAHAM,                    )
                                  )
              Plaintiff,          )
       v.                         )     No. 2:05CV7-DJS
                                  )
JO ANNE B. BARNHART,              )
Commissioner of Social Security,  )
                                  )
              Defendant.          )

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on November 30, 2005, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #15] is accepted and adopted.

Dated this  21st  day of December, 2005.

                                   /s/Donald J. Stohr
                                   UNITED STATES DISTRICT JUDGE